| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Crotty, Paul A. | 2. Court or Organization<br><br>U.S. District Court (S.D.N.Y.) | 3. Date of Report<br><br>05/10/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>500 Pearl Street<br>Room 735<br>New York, New York 10007 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2005 | Verizon Income Deferral Plan (No Control) |
| 2. | |
| 3. | |

RECEIVED 2010 MAY 12 A 10: 52 DISCLOSURE OFFICE

Crotty, Paul A.

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A. | 05/10/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2009 | Verizon Communications (See VIII) | $183,358.00 |
| 2 | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | George Arzt Communications - Salary |
| 2 | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason University School of Law Seminar | November 6, 2009 - November 12, 2009 | Captiva, Florida | Seminar Re: Economic Analysis of Law | Air and Ground Transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A. | 05/10/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. American Express | A | Dividend | K | T | | | | | |
| 2. Ameriprise Finl Inc. | A | Dividend | J | T | | | | | |
| 3. Coca Cola | B | Dividend | L | T | . | | | | |
| 4. Duke Energy Corp. | A | Dividend | K | T | | | | | |
| 5. Exxon Mobil | B | Dividend | L | T | | | | | |
| 6. General Electric | B | Dividend | K | T | | | | | |
| 7. Hewlett Packard | A | Dividend | K | T | | | | | |
| 8. JP Morgan Chase | A | Dividend | K | T | Buy | 3/26/09 | K | | |
| 9. Market Vectors Russia | A | Dividend | | | Sold | 12/7/09 | K | | |
| 10. Medtronic | B | Dividend | L | T | | | | | |
| 11. Microsoft | A | Dividend | K | T | | | | | |
| 12. Morgan Stanley | A | Dividend | K | T | Buy | 3/26/09 | K | | |
| 13. Stryker Corp. | A | Dividend | K | T | | | | | |
| 14. Teva Pharmaceuticals | A | Dividend | K | T | | | | | |
| 15. Alliance Bernstein Capital | A | Interest | L | T | | | | | |
| 16. Fidelity NY Muni Fund | C | Dividend | M | T | | | | | |
| 17. Norbelle LLC | | None | K | U | | | | | |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes:    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children, see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. New Entrepreneur Fund | B | Dividend | L | U | | | | | |
| 19. Rollover IRA #1 | D | Dividend | N | T | | | | | |
| 20. - Fidelity Low Priced Stock | | | | | | | | | |
| 21. - Baron Growth | | | | | | | | | |
| 22. - William Blair Int'l Growth | | | | | Sold (part) | 2/4/09 | K | | |
| 23. - American Growth | | | | | Buy | 2/4/09 | K | | |
| 24. - Columbia Acorn Class Z | | | | | | | | | |
| 25. - Dodge & Cox Stock | | | | | | | | | |
| 26. - Harbor International | | | | | Sold (part) | 2/4/09 | K | | |
| 27. - Julius Baer Int'l Equity | | | | | Sold (part) | 2/4/09 | K | | |
| 28. - Vanguard 500 Index | | | | | Buy | 2/4/09 | K | | |
| 29. - Royce Premier | | | | | | | | | |
| 30. - Fidelity Cash Reserves | | | | | | | | | |
| 31. Rollover IRA #2 | E | Interest | P1 | T | | | | | |
| 32. - Campbell Soup Bond | | | | | Redeemed | 1/15/09 | K | | |
| 33. - Honeywell Int'l Bond | | | | | | | | | |
| 34. - Bank of America Bond | | | | | Sold | 2/6/09 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - Walt Disney Bond | | | | | | | | | |
| 36. - Cisco Bond | | | | | | | | | |
| 37. - American Express Bond | | | | | Sold | 4/15/09 | K | | |
| 38. - Bottling Group LLC Bond | | | | | | | | | |
| 39. - Oracle Bond | | | | | | | | | |
| 40. - Met Life Bond | | | | | Sold | 3/30/09 | K | | |
| 41. - JP Morgan Chase Bond | | | | | Sold | 3/11/09 | L | | |
| 42. - Kimberly Clark Bond | | | | | | | | | |
| 43. - Deere & Co. Bond | | | | | Sold | 3/9/09 | L | | |
| 44. - Federal Farm Cr. Bks Bond | | | | | | | | | |
| 45. - TVA Bond | | | | | | | | | |
| 46. - Fidelity Cash Reserves | | | | | | | | | |
| 47. - Morgan Stanley Bond | | | | | Redeemed | 1/15/09 | K | | |
| 48. - Lehman Bros. | | | | | Sold | 9/30/09 | J | | |
| 49. - DuPont Bond | | | | | | | | | |
| 50. - CIT Bond | | | | | Sold | 6/9/09 | K | | |
| 51. - Hartford Fin. Svcs. | | | | | Sold | 10/23/09 | K | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - Target Corp. Bond | | | | | Sold | 10/21/09 | K | | |
| 53. - Genworth Global Bond | | | | | Sold | 10/15/09 | K | | |
| 54. - GE Bond | | | | | Sold | 3/19/09 | K | | |
| 55. - IBM Bond | | | | | | | | | |
| 56. - Boeing Corp. Bond | | | | | Sold | 11/17/09 | K | | |
| 57. - Wachovia Bond | | | | | Sold | 3/11/09 | K | | |
| 58. - Allstate Bond | | | | | Sold | 3/27/09 | K | | |
| 59. - Wells Fargo Bond | | | | | Sold | 1/27/09 | K | | |
| 60. - Anheuser Busch Bond | | | | | | | | | |
| 61. - HSBC Bond | | | | | Sold | 4/14/09 | K | | |
| 62. - Walgreen's | | | | | Buy | 3/20/09 | L | | |
| 63. - Merck & Co. | | | | | Buy | 4/7/09 | K | | |
| 64. - Federal Farm | | | | | Buy | 4/6/09 | K | | |
| 65. - Federal Home Loan | | | | | Buy | 4/8/09 | K | | |
| 66. - Pfizer & Co. | | | | | Buy | 4/15/09 | K | | |
| 67. - Verizon Communications | | | | | Buy | 5/18/09 | K | | |
| 68. - SBC | | | | | Buy | 6/9/09 | K | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
(See Columns B1 and D4)      F =$50,001 - $100,000    G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less       K =$15,001 - $50,000      L =$50,001 - $100,000        M =$100,001 - $250,000
(See Columns C1 and D3)      N =$250,001 - $500,000   O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                      P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal             R =Cost (Real Estate Only)  S =Assessment              T =Cash Market
(See Column C2)              U =Book Value            V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - McDonald's | | | | | Buy | 6/17/09 | K | | |
| 70. - Con Edison | | | | | Buy | 8/25/09 | L | | |
| 71. - General Dynamics | | | | | Buy | 10/21/09 | K | | |
| 72. - Wal-Mart | | | | | Buy | 10/29/09 | L | | |
| 73. Verizon Income Deferral Plan | F | Interest | O | T | | | | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A. | 05/10/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

In 2009, I continued to receive payments from my Verizon Income Deferral Plan (10/2009). The total payments are shown in III, supra.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544